Decided July 21, 1999

STATE OF CONNECTICUT *v.* CESAREO HERNANDEZ

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 53 Conn. App. 706 (AC 17894), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's order requiring the state to disclose the identity of a confidential informant?"

The Supreme Court docket number is SC 16151.

*Carolyn K. Longstreth*, assistant state's attorney, in support of the petition.

*Teri E. Bayer,* in opposition.

Decided July 21, 1999